UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION at PIKEVILLE

CIVIL ACTION NO. 7:08-CV-28-KKC

KENNETH RAY BATES                                                                          PLAINTIFF

VS:                                              **JUDGMENT**

ALICE MARIE STAPLETON, ET AL.                                              DEFENDANTS

In accordance with the Memorandum Opinion and Order entered contemporaneously with this Judgment, and pursuant to Rule 58 of the Federal Rules of Civil Procedure, it is **ORDERED AND ADJUDGED**:

(1)    Kenneth Ray Bates is confined in the United States Penitentiary- McCreary ("USP-McCreary"), which is located in Pine Knot, Kentucky.  He has submitted a prisoner *pro se* civil rights action pursuant to 28 U.S.C. § 1331 under the doctrine announced in *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971).

(2)    The named defendants are: (1) Alice Marie Stapleton, whom plaintiff identifies as a former employee of another federal prison located in Inez, Kentucky, the United States Penitentiary-Big Sandy, ("USP-Big Sandy"); (2) J. Links, whom plaintiff identifies as an employee of USP-Big Sandy; (3) Suzanne Hastings, the former warden of USP-Big Sandy; and (4) "B." Gourdouze, whom the plaintiff identifies as an employee of USP-Big Sandy.

(3)    The complaint [Record No. 2] is **DISMISSED WITH PREJUDICE**.

(4)    Judgment **IS ENTERED** in favor of the named defendants.

(5)    This is a **FINAL** and **APPEALABLE ORDER** and there is no just cause

for delay.

    (6)    The Court certifies that any appeal would not be taken in good faith. 28 U.S.C. § 1915(a)(3); *McGore v. Wrigglesworth*, 114 F.3d 601, 610-11 (6th Cir. 1997); *Kincade v. Sparkman*, 117 F.3d 949 (6th Cir. 1997).

    (7)    This matter [08-CV-28-KKC] **IS STRICKEN** from the active docket.

Dated this 20th day of March, 2008.

Signed By:
*Karen K. Caldwell* KKC
**United States District Judge**